**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: John J Egan, Jr.<br>Nicole M Egan<br><br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Case no. 13-05868<br><br>Chapter 13<br><br>Judge: Carol A. Doyle |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

John J Egan, Jr.
Nicole M Egan
155 Howard Ave.
East Dundee, IL  60118

Derrick B Hager
1525 Kautz Rd #400
West Chicago, IL  60185-9616

Please take notice that on Thursday, March 21, 2013 at 9:30 am, a representative of this office shall appear before the Honorable Judge Carol A. Doyle at the Kane County Courthouse, 100 S. 3rd St., Courtroom 240, Geneva, IL 60134 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, March 7, 2013.

/s/ Bill Karmia

For: Glenn Stearns, Trustee

---

**OBJECTION TO DISCHARGE UNDER § 1328 (f)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced Debtors be denied and in support thereof, states the following:

1. On February 16, 2013, the debtors filed a petition under Chapter 13.
2. The Debtors received a discharge in a prior Chapter 7 case filed within the past four years or a prior Chapter 13 case filed within the past two years from the date of the filing of the present case.
3. The Debtors are not entitled to a discharge under § 1328 (f).

WHEREFORE, the Trustee prays that the discharge for the above referenced debtors be denied.

Respectfully Submitted;

/s/ Carolyn A. Suzzi

For: Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888